LOUISE HOERUP, Respondent, *v.* YONKERS RAILROAD COMPANY, Appellant.

Argued June 12, 1941; decided July 29, 1941.

· *Addison B. Scoville, J. Stuart Riedel* and *Alfred T. Davison* for appellant.

*Frank J. Hand* and *Frank W. Cauley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.